# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTSON STATION, LP, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>FEDERAL EXPRESS CORP.,<br>       Defendant. | CV 19-5359 DSF (RAOx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

    Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. Only the citizenships of the general partners of the limited partnerships is pleaded; the notice of removal is silent as to any limited partners. It is also unclear from the notice of removal whether the citizenships of all members of the LLCs are identified. Therefore, Defendant is ordered to file an amended notice of removal, with a redlined version sent to the chambers e-mail inbox, no later than November 4, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

    IT IS SO ORDERED.

Date: 10/19/2019

                                          Dale S. Fischer<br>                                          United States District Judge