1
2
3
4
5
6
7

JS-6

8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19

ROBERTSON STATION, LP, KARSON LP, AND KARROB, LP,

Plaintiffs,

v.

FEDERAL EXPRESS CORPORATION; AND DOES 1 THROUGH 10 inclusive,

Defendants.

Case No. 2:19-cv-05359-DSF-RAOx

**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Judge:  Hon. Dale S. Fischer

20
21
22
23
24
25
26
27
28

1       Plaintiffs Robertson Station, LP, Karson LP, and Karrob, LP hereby dismiss
2  with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims,
3  causes of action, and parties in this case, with each party bearing that party's own
4  attorney's fees and costs.

6    **IT IS SO ORDERED**

9  Dated: __June 15__ , 2022

                                Honorable Dale S. Fischer
                                UNITED STATES DISTRICT JUDGE